IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| BARBARA BLAND, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | For Violations of the Fair Labor |
| | ) | Standards Act of 1938, As Amended |
| SUN MOON ENTERPRISES, INC., | ) | |
| RAJESHREE PATEL, and PRANAB | ) | |
| CHAKRABODY | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF INTERESTED PERSONS**

1. The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action:

   Barbara Bland

   Sun Moon Enterprises, Inc.

   Rajeshree Patel

   Pranab Chakrabody

2. The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

The Kaspers Firm, LLC

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Tyler B. Kaspers for Plaintiff.

Respectfully submitted this 3rd day of October, 2022.

*/s/ Tyler Kaspers*
Tyler B. Kaspers, Ga. Bar No. 445708
THE KASPERS FIRM, LLC
152 New Street, Suite 109B
Macon, GA  31201
404-944-3128
tyler@kaspersfirm.com

Counsel for Plaintiff