ADDITIONAL INFORMATION FOR PRETRIAL CONFERENCES SCHEDULED:

1. THE COURT REQUIRES THAT EACH SIDE PRODUCE A PRINCIPAL WITH FULL AND COMPLETE SETTLEMENT AUTHORITY.
2. ANY WITNESS KNOWN PRIOR TO THE CLOSE OF DISCOVERY AND NOT DISCLOSED TO COUNSEL FOR THE OPPOSITE SIDE WILL NOT BE ALLOWED AT TRIAL.
3. THE FOLLOWING DOCUMENTS SHOULD BE BROUGHT TO THE PRETRIAL CONFERENCE: (1) THREE COPIES OF THE WITNESS LIST; (2) THREE COPIES OF THE EXHIBIT LIST **Do not e-file these.** ALL DOCUMENTS ARE TO BE PROPERLY TAGGED AND CROSS-INITIALED. IF REQUESTS TO CHARGE HAVE NOT BEEN FILED, THEY ARE TO BE FILED BEFORE THE PRETRIAL CONFERENCE. CHARGES FILED IN AFTER THE PRETRIAL CONFERENCE WILL NOT BE CONSIDERED WITHOUT LEAVE OF THE COURT.
4. IN NON-JURY CASES, COUNSEL SHOULD FILE PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND PROPOSED JUDGEMENT BEFORE THE PRETRIAL CONFERENCE.
5. LEAD COUNSEL MUST BE PRESENT UNLESS EXCUSED BY THE COURT.
6. MOTIONS IN LIMINE SHOULD BE FILED NO LATER THAN FIVE DAYS PRIOR TO THE PRETRIAL CONFERENCE, IF PRACTICABLE; OTHERWISE, SUCH MOTIONS MAY BE FILED UP TO THE TIME OF TRIAL (L.R. 7.4). RESPONSES SHOULD BE SUBMITTED WITH DUE HASTE.
7. A CURRICULUM VITAE ON EACH EXPERT WITNESS SHOULD BE ELECTONICALLY FILED SEPARATELY WITH THE PRETRIAL ORDER.
8. PRETRIAL ORDERS SHOULD BE ON JUDGE WOOD'S FORM ONLY. THIS FORM CAN BE FOUND AT www. gasd.uscourts.gov UNDER THE FORMS TAB.