# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV222-102**  DATE **06/13/2023**

TITLE **Bland v. Sun Moon Enterprises, Inc. et al**

TIMES **10:00 - 10:03**  TOTAL **3 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**
Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**
Interpreter :

Attorney for Plaintiff: Tyler Kaspers

Attorney for Defendant(s): Ian Smith

Defendant(s):

PROCEEDINGS : **Telephonic Motion Hearing**

☐ In Court
☑ In Chambers

All parties present for the hearing on the pending motion at Dkt. 20
Court has reviewed the proposed resolution and finds the terms reached are fair and reasonable and the settlement agreement is approved.
Nothing further from either side. Written order forthcoming.

(Rev 7/2003)  GENERAL CLERK'S MINUTES