IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BARBARA BLAND,

   Plaintiff,

v.

SUN MOON ENTERPRISES, INC.,
RAJESHREE PATEL, and PRANAB
CHAKRABORTY,

   Defendants.

_____/

Case No. 2:22-cv-00102-LGW-BWC

### DEFENDANTS' NOTICE OF COMPLIANCE REGARDING THE PARTIAL REISSUING OF SETTLEMENT PROCEEDS

Defendants Sun Moon Enterprises, Inc., Rajeshree Patel, and Pranab Chakraborty ("Defendants"), by and through their undersigned counsel, hereby notify the Court that on September 1, 2023, Defendants have issued, for a second time, checks required under their settlement agreement with Plaintiff. These reissued amounts represent the full and final payments due under the Parties' agreement.

Undersigned counsel certifies that Defendants deposited an envelope into the U.S. Mail, certified mail with return receipt requested, addressed as follows:

Tyler Kaspers, Esq.
The Kaspers Firm LLC
152 New Street Suite 109B
Macon, GA 31201

The envelope contained 3 separate checks made payable to the Kaspers Firm LLC, reissuing checks previously received by Plaintiff on or about June 30, 2023.

Based on U.S. Postal Service records, the envelope and the checks enclosed therein were delivered to the addressee on September 6, 2023, after an attempted delivery the prior day.

Respectfully submitted,

*/s/ Ian E. Smith*
Ian E. Smith
Georgia Bar No. 661492
SPIRE LAW, LLC
2572 W. State Road 426, Ste 2088
Oviedo, FL 32765
(407) 494-0135
whitney@spirelawfirm.com
ian@spirelawfirm.com
sarah@spirelawfirm.com
***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on September 11, 2023, the foregoing was filed with the Clerk using the Court's CM/ECF filing system, which will serve a copy on all counsel of record.

          */s/ Ian E. Smith*
          Ian E. Smith